# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 24-1293**      **September Term, 2024**

**MSHR-LAKE2021-0160**
**MSHR-WEVA2022-0176**
**MSHR-WEVA2022-0350**
**MSHR-WEVA2022-0403**

**Filed On: August 06, 2025**

Secretary of Labor, Mine Safety and Health Administration,

    Petitioner

v.

Knight Hawk Coal, LLC and Federal Mine Safety and Health Review Commission,

    Respondents

------------------------------

Consolidated with 24-1356, 25-1077

**No. 24-1294**

**MSHR-LAKE2021-0145**
**MSHR-PENN2021-0108**
**MSHR-SE2021-0112**
**MSHR-SE2021-0134**
**MSHR-WEVA2021-0294**
**MSHR-WEVA2022-0260**
**MSHR-YORK2021-0023**
**MSHR-YORK2022-0003**

Secretary of Labor, Mine Safety and Health Administration,

    Petitioner

v.

Crimson Oak Grove Resources LLC, et al.,

  Respondents

------------------------------

Consolidated with 24-1357

  **BEFORE:** Millett, Pillard, and Katsas, Circuit Judges

# O R D E R

Upon consideration of the joint briefing proposals in these two sets of cases, it is

**ORDERED** that

  Soren J. Schmidt
  Latham & Watkins LLP
  555 Eleventh Street, NW, Suite 1000
  Washington, D.C.  20004

a member of the Bar of this court, be appointed as amicus curiae in these two sets of cases to present arguments on behalf of the Federal Mine Safety and Health Review Commission, including but not limited to any arguments that this court lacks jurisdiction over the petitions for review.  In addition to presenting arguments on behalf of the Commission, amicus is directed to address whether this court may require the Commission to file briefs in these cases.  The court has concluded that it is in the court's interest to appoint amicus.  See D.C. Circuit Handbook of Practice and Internal Procedures 26 (2024).  It is

  **FURTHER ORDERED** that the following briefing schedule and format will apply in each set of cases:

| | |
|---|---|
| Petitioner's Brief (not to exceed 13,000 words) | 45 Days After This Order |
| Appendix | 45 Days After This Order |
| Private-Party Respondents' Joint Supplemental Brief (not to exceed 4,000 words) | 30 Days After Petitioner's Brief |
| Amicus's Brief (not to exceed 13,000 words) | 60 Days After Private-Party Respondents' Joint Brief |
| Petitioner's Reply Brief (not to exceed 6,500 words) | 21 Days After Amicus's Brief |

The Clerk is directed to calendar these cases for oral argument on the same day and before the same panel. The parties will be informed later of the date of oral argument and the composition of the merits panel.

The court advises the parties that, effective for all briefs filed on or after August 11, 2025,

> In cases involving direct review in this court of administrative actions, the brief of the appellant or petitioner must set forth the basis for the claim of standing. . . . The brief must include arguments and cite evidence establishing by a "substantial probability" the claim of standing.

See D.C. Cir. Rule 28(a)(7); Sierra Club v. EPA, 292 F.3d 895, 898 (D.C. Cir. 2002).

Petitioner should raise all issues and arguments in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 43–44

(2024); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

      Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the cases are scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                BY:    /s/
                            Elbert Lestrade
                            Deputy Clerk